United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE TRINIDAD RUBIO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00129 |
| | § | |
| MARKWAYNE MULLINS, | § | |
| | § | |
| Respondent. | § | |

## ORDER STRIKING DOCUMENTS

Jose Trinidad Rubio, as next friend for Felipa Rubio (aka Felipa Salazar Moreno), filed this habeas case seeking relief pursuant to 28 U.S.C. § 2241.  On May 4, 2026, this case was appropriately transferred to the United States District Court for the Eastern District of Texas, Beaumont Division.  (D.E. 5).  The next day, Mr. Rubio filed objections to this transfer which were struck by United States District Judge Nelva Gonzales Ramos the same day, directing Petitioner that they were filed in the wrong venue.  (D.E. 7 and D.E. 8).  At the time the petition was filed, Petitioner was confined at the Plane Jail in Dayton, Texas.  Jurisdiction over a properly filed §2241 petition attaches at the time the petition is filed and is "not destroyed by the [subsequent] transfer of petitioner and accompanying custodial change."  *Griffen v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014).

Petitioner, on May 11, 2026, has now filed several notices as well as emergency motions.  (D.E. 9; D.E. 10; D.E. 11; D.E. 12; D.E. 13 and D.E. 14).  This case was closed after the transfer to the Eastern District of Texas and, accordingly, Petitioner's motions are

1 / 2

again filed in the wrong venue.  Accordingly, they are **STRUCK**.  (D.E. 9; D.E. 10; D.E. 11; D.E. 12; D.E. 13 and D.E. 14).  Petitioner is again advised that the above case is closed and no further filings are required under the above case number.  Petitioner is further advised sanctions, including filing restrictions and monetary sanctions, may be imposed should Petitioner persist in filing documents using the above the case number in this closed case.

ORDERED on May 12, 2026.

Jason B. Libby
United States Magistrate Judge